# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT NORIEGA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　Defendants. | No. 5:24-cv-00170-JAK (DTBx)<br><br>**ORDER TO SHOW CAUSE (DKT. 63)** |

1

On July 31, 2025, an Order issued granting the motion by Plaintiff's then-counsel to withdraw from representing Plaintiff in this action. Dkt. 62. The Order required new counsel for Plaintiff to enter an appearance by August 18, 2025. Plaintiff failed to respond to the July 31, 2025 Order.

In light of the foregoing, an Order issued on August 20, 2025 requiring either that Plaintiff's new counsel enter an appearance or that Plaintiff, if he elected to proceed as a self-represented litigant, file a statement to that effect on or before August 25, 2025. Dkt. 63. The August 20, 2025 Order stated that, if Plaintiff failed to respond to the Order, an Order to Show Cause may issue as to why sanctions should not be imposed for failing to comply with Court orders.

Plaintiff has not responded to the August 20, 2025 Order. Nor has Plaintiff sought an extension of time to have new counsel appear in this action or to file a statement setting forth Plaintiff's intention to proceed as a self-represented litigant.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why sanctions should not be imposed for failing to comply with Court orders, including, but not limited to, dismissal of this action. Plaintiff shall file any response to this Order on or before September 5, 2025. Based on a review of any such response, a determination will be made as to what action to take. If no response is timely filed, this action will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  August 27, 2025

_____

John A. Kronstadt
United States District Judge