# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT NORIEGA,<br><br>          Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>          Defendants. | No. 5:24-cv-00170-JAK (DTBx)<br><br>**ORDER RE: ORDER TO SHOW CAUSE (DKT. 64)** |

1

On July 31, 2025, an Order issued granting the motion by Plaintiff's then-counsel to withdraw from representing Plaintiff in this action. Dkt. 62. The Order required new counsel for Plaintiff to enter an appearance by August 18, 2025. *Id.* at 6. The Order also set a status conference for September 8, 2025. *Id.*

Plaintiff failed to respond to the July 31, 2025 Order. Accordingly, an Order issued on August 20, 2025 requiring either that Plaintiff's new counsel enter an appearance or that Plaintiff, if he elected to proceed as a self-represented litigant, file a statement to that effect on or before August 25, 2025. Dkt. 63. The August 20, 2025 Order stated that, if Plaintiff failed to respond to the Order, an Order to Show Cause may issue as to why sanctions should not be imposed for failing to comply with Court orders. Plaintiff did not respond to the August 20, 2025 Order.

In light of the foregoing, an Order to Show Cause issued on August 27, 2025 requiring Plaintiff to show cause why sanctions should not be imposed for repeated noncompliance with Court orders. Dkt. 64. The August 27, 2025 Order required Plaintiff to file a response by September 5, 2025.

Defendant filed a status report on September 2, 2025, in anticipation of the September 8, 2025 status conference. It states that Defendant's counsel has repeatedly contacted Plaintiff's former counsel in an attempt to ascertain whether Plaintiff has engaged new counsel or intends to prosecute this action as a self-represented litigant. Dkt. 65. Defendant's counsel states that there has been no response from Plaintiff or his former counsel on this issue. Based on Plaintiff's noncompliance with Court orders and failure to prosecute this action, Defendant seeks an order dismissing this case with prejudice.

As of the time of the entry of this Order on September 5, 2025, Plaintiff has not responded to the August 27, 2025 Order, which set September 5, 2025 as the deadline to do so. Accordingly, the August 27, 2025 Order to Show Cause, and potential sanctions

1  for Plaintiff's noncompliance with Court orders, shall be considered during the
2  September 8, 2025 status conference. The hearing will proceed at 10:30 a.m.
3       Plaintiff is ordered to appear at the September 8, 2025 status conference. Plaintiff
4  continues to be subject to the requirement in the August 27, 2025 Order that he file a
5  response to the Order to Show Cause by today.
6       If Plaintiff does not comply with this Order, including by failing to appear at the
7  September 8, 2025 hearing, sanctions may be imposed, and this action may dismissed for
8  failure to prosecute and to comply with court orders.

10  **IT IS SO ORDERED.**

12  Dated: September 05, 2025

                                            John A. Kronstadt
                                            United States District Judge