1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT NORIEGA, | No. 5:24-cv-00170-JAK (DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | **[JS6: CASE TERMINATED]** |
| COUNTY OF SAN BERNARDINO., et al., | |
| Defendants. | |

1

Pursuant to the Order Dismissing Case with Prejudice, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.     The operative pleading is the First Amended Complaint filed on October 10, 2024 (the "FAC") by Gilbert Noriega ("Plaintiff").

2.     Defendants County of San Bernardino and Does 1-10 ("Defendants") have **JUDGMENT** entered in their favor and against Plaintiff.

3.     Plaintiff shall take nothing by way of the FAC.

4.     The action is **DISMISSED WITH PREJUDICE**.

5.     Defendants may seek post-judgment remedies as provided in Fed. R. Civ. P. 54(d) and Local Rule 54. Any request for any other relief is **DENIED**.

**IT IS SO ORDERED.**

Date:  September 22, 2025

_____

John A. Kronstadt
United States District Judge

2